**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| T & R PROPERTIES, INC., | ) | Case No. 2:20-cv-5246 |
| | ) | |
| Plaintiff, | ) | Judge Edmund A. Sargus, Jr. |
| | ) | Magistrate Judge Chelsey M. Vascura |
| v. | ) | |
| | ) | **ORDER** |
| ARTHUR J. GALLAGHER | ) | |
| RISK MANAGEMENT SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Arthur J. Gallagher Risk Management Services, Inc.'s Unopposed Motion to Extend Preliminary Pretrial Order Dates (ECF No. 20). For good cause shown, the Motion is **GRANTED**. The Court hereby extends the remaining case schedule as follows:

**Fact Discovery Deadline – September 29, 2021**

**Primary Expert Reports – October 13, 2021**

**Rebuttal Expert Reports – December 13, 2021**

**Expert Discovery Deadline – January 13, 2022**

**Dispositive Motion Deadline – January 13, 2022**

**IT IS SO ORDERED**.

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE